# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
1100 East Main Street
Richmond, VA 23219

**Case Number** 05–41867–DOT

**In re:**          **Chapter** 7

Joan Bennett Gailley
PO Box 3154
Richmond, VA 23228

**SSN:** xxx–xx–8383        **EIN:** NA

## Order to Debtor

An order for relief having been entered herein pursuant to Title 11 U.S.C. Chapter 7 upon a petition filed by you in the United States Bankruptcy Court;

It is ORDERED that,

You shall safely care for, protect and preserve all of your property.

You shall not sell, transfer, remove, destroy, mutilate or conceal any of your property, and you shall make all or any part thereof available to the trustee, when requested to do so.

You shall not turn over any of your property to any creditor or party in interest without the bankruptcy Trustee's knowledge and consent, unless so ordered by the United States Bankruptcy Court.

You shall preserve all recorded information, including books, documents, records and papers, from which your financial condition or business transactions might be ascertained and make the same available to the United States Bankruptcy Court and/ or the Trustee when requested to do so.

You shall cooperate with the Trustee as is necessary to enable the Trustee to perform the Trustee's duties as required by law.

You shall make available and turn over to the Trustee any property that you acquire or become entitled to acquire within 180 days after the date of the filing of your bankruptcy petition, if such property or your rights to acquire such property is:

(A)    By bequest, devise or inheritance; or

(B)    By the terms or provisions of a property settlement agreement with your spouse, or by any divorce decree; or

(C)    As a beneficiary of a life insurance policy or of a death benefit plan.

You shall personally appear at a meeting of creditors on the date and time and at the place set by the U. S. Trustee as set forth in a notice which you have or will soon receive. That meeting may be adjourned and subsequently reconvened by the Trustee and, if so, you shall appear on the date and time scheduled.

At the Trustee's request, you shall make all reasonable efforts to provide the Trustee with your homestead deed, if any, and any and all deeds to real property, as well as documentation evidencing the liens on all of your encumbered assets and any other documentation requested by the Trustee. You shall promptly file any and all necessary amendments, modifications or clarifications to any schedules or statements as requested by the Trustee.

Before your case is closed, you shall immediately advise the Court and the Trustee, in writing, of any change of your address. You are advised that it is your responsibility to review any returned mail which needs a corrected address.

You shall obey all orders of the United States Bankruptcy Court and your responsibility for doing so does not cease even after a discharge is granted. The discharge does not conclude your bankruptcy case. A discharge may be revoked, for cause.

Dated:  October 19, 2005                                    For the Court,

                                                            William C. Redden, Clerk
(VAN–006)                                                   United States Bankruptcy Court

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

67-DOT    Doc 5    Filed 10/22/05    Entered 10/23/05 02:05:18    Desc Imaged
Certificate of Service    Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0422-7           User: snydera              Page 1 of 1          Date Rcvd: Oct 20, 2005
Case: 05-41867                 Form ID: VAN006            Total Served: 3

The following entities were served by first class mail on Oct 22, 2005.
db          +Joan Bennett Gailley,    PO Box 3154,   Richmond, VA 23228-9703
aty         +Richard James Oulton,    AA, Affiliated Attorneys, Inc.,    Attention John Oulton,
              8515 Mayland Drive,    Richmond, VA 23294-4701
tr          +Lynn L. Tavenner,    Tavenner & Beran, PLC,   20 North Eighth Street, Second Floor,
              Richmond, VA 23219-3302
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 22, 2005**                    Signature:  _Joseph Speetjens_